UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLINA MEDINA,<br><br>        Plaintiff,<br>v.<br><br>JOHN E. POTTER,<br><br>        Defendant. | Case No.: C 10-04760 PSG<br><br>**ORDER SETTING DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Currently pending before the court is Plaintiff's Application to Proceed *In Forma Pauperis*. Based on the application and the file herein,

IT IS HEREBY ORDERED that, no later than January 11, 2011, Plaintiff shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the Clerk of the Court, or from the Forms (Civil) section of the court's website at www.cand.uscourts.gov. Absent consent, a Magistrate Judge is not authorized to rule on certain matters, such as requests to proceed *in forma pauperis*. *See* 28 U.S.C. § 636(c)(1); *see also, e.g., Tripati v. Rison*, 847 F.2d 548 (9th Cir. 1988). After receipt of whichever form Plaintiff chooses to file, the appropriate judge will rule on the pending application.

IT IS FURTHER ORDERED that the Case Management Conference scheduled for December 28, 2010 is CONTINUED to 2:00 p.m. on February 18, 2011.

Dated: *December 22, 2010*

                                          PAUL S. GREWAL
                                          United States Magistrate Judge

1
2 ***Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4 copies mailed on       *12/22/10*         to:
5 Carolina Medina
P.O. Box 610533
6 San Jose, CA  95161
7
                                    */s/   Donna Kirchner      for*
8                                    OSCAR RIVERA
                                   Courtroom Deputy
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28