MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5044
   Facsimile: (408) 535-5081
   Email: james.scharf@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLINA MEDINA, | Case No. C 10-04760 PSG |
| Plaintiff, | **DEFENDANT'S ANSWER TO COMPLAINT** |
| v. | |
| JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, (PACIFIC AREA AGENCY), | |
| Defendants. | |

For its Answer to Plaintiff's Complaint, Defendant admits, denies, and alleges as follows:

1: Admit that the P.O. Box number listed is the address we have on her Form 50. However, we have no information to admit or deny that she is "homeless."

2: Admit.

3: This is a jurisdictional statement to which no response is required.

4: Deny.

5: Deny.

6: Deny.

7: Deny. (The underlying EEOC case was limited to February through December 2008.)

8: Admit.

9: Admit that the OFO issued its decision on July 23, 2010.

10: N/A.

11: This is a prayer for relied to which no response is required.

## AFFIRMATIVE DEFENSES

FIRST AFFIRMATIVE DEFENSE

The Complaint, and each claim asserted therein, fails to state a cause of action upon which relief can be granted.

SECOND AFFIRMATIVE DEFENSE

Plaintiff cannot establish a prima facie case of discrimination or retaliation.

THIRD AFFIRMATIVE DEFENSE

All actions of the United States Postal Service being challenged by plaintiff were taken for legitimate, non-discriminatory, non-retaliatory and non-pretextual reasons.

FOURTH AFFIRMATIVE DEFENSE

Plaintiff failed to mitigate her damages, if any, and any recovery or award should be reduced accordingly.

FIFTH AFFIRMATIVE DEFENSE

Punitive damages cannot be assessed on the Postal Service.

SIXTH AFFIRMATIVE DEFENSE

If Plaintiff is awarded compensatory damages, that award is limited to $300,000.

SEVENTH AFFIRMATIVE DEFENSE

Attorneys fees should be limited to work performed by an attorney while the attorney was licensed to practice law.

EIGHTH AFFIRMATIVE DEFENSE

To the extent Plaintiff seeks relief for alleged conduct occurring more than the prescribed number of days within which Plaintiff was required to file an administrative complaint, such claims are barred.

NINTH AFFIRMATIVE DEFENSE

Defendant denies that it or its agents engaged in any conduct which was the proximate cause of the injuries, damages and losses allegedly incurred by Plaintiff.

TENTH AFFIRMATIVE DEFENSE

Defendant contests the amount and/or reasonable necessity of any claim of damages for which Plaintiff seeks relief in his Complaint.

ELEVENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend its Answer with additional defenses of which it may become aware as discovery progresses and to raise any other matter constituting an avoidance or affirmative defense.

WHEREFORE, Defendant requests that the Court enter judgment in favor of the Government, that the Third Amended Complaint be dismissed, and that the Government is granted such other and further relief as the Court may deem just and proper, including recovery of all costs of suit and appropriate fees.

DATED: February 14, 2011          Respectfully submitted,

                                  MELINDA HAAG
                                  United States Attorney

                                  _____/s/_____
                                  JAMES A. SCHARF
                                  Assistant United States Attorney