MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone:  (408) 535-5044
   Facsimile:   (408) 535-5081
   Email: james.scharf@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROL MEDINA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, (PACIFIC AREA AGENCY), <br><br> Defendants. | Case No. C 10-04760 PSG <br><br> DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE DATE OF INITIAL CMC; DECLARATION OF JAMES A. SCHARF; ~~PROPOSED~~ ORDER |

## MOTION

Pursuant to Local Rule 7-11, and for the reasons stated in the following Declaration of James A. Scharf, Federal Defendant requests that the Initial Case Management Conference currently set for June 17, 2011, be continued to June 24, 2011, or to another date convenient to the Court, because defense counsel will be out of the state on vacation between June 12, 2011, and June 20, 2011.

|     |            |                |                                      |
| --- | ---------- | -------------- | ------------------------------------ |
| 1   | DATED:     | March 30, 2011 | Respectfully submitted,              |
| 2   |            |                | MELINDA HAAG                         |
|     |            |                | United States Attorney               |

/S/
JAMES A. SCHARF
Assistant United States Attorney
Attorneys for Federal Defendant

### DECLARATION OF JAMES A. SCHARF

I, James A. Scharf, declare as follows:

1. I am an attorney in good standing with the bar of this Court. I represent the Federal Defendant in this action. This declaration is made in support of Defendant's administrative motion, filed herewith.

2. The matters stated in this declaration are true of my own knowledge and, if necessary, I could and would competently testify to them.

3. The Initial Case Management Conference is set for June 17, 2011.

4. I will be vacationing in Maui between June 13, 2011, and June 20, 2011. I have already purchased my plane tickets, which are non-refundable.

5. I have been unable to contact plaintiff to obtain a stipulation to continue the date of the Initial Case Management Conference because plaintiff is apparently homeless. According to her form Employment Discrimination Complaint, Document 1, plaintiff resides at: "PO Box 610533 (Homeless)." I have attempted to contact her by sending her a letter to her PO Box address requesting her to call me but have received no response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2011, at San Jose, California.

/S/
James A. Scharf

DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE DATE OF INITIAL CMC;
DECLARATION OF JAMES A. SCHARF; ~~PROPOSED~~ ORDER
Medina v. Potter, Case No. C 10-4920 LHK

-3-

1
2                              [~~PROPOSED~~] ORDER
3     Good cause appearing, it is hereby ordered that the Initial Case Management Conference
4  currently set for June 17, 2011, be continued to ~~June 24, 2011, at 1:30 p.m.~~ [or to
5  **June 22, 2011 at 2:00 p.m.**                                                      ].
6  All other case management dates will remain unchanged.  The parties shall still file their Case
7  Management Conference Statements by ~~June 10, 2011.~~  June 15, 2011.
8     IT IS SO ORDERED.
9     DATED: April 5, 2011                    _____
                                              *Lucy H. Koh*
10                                            United States District Court Judge

28 DEFENDANT'S ADMINISTRATIVE MOTION TO CONTINUE DATE OF INITIAL CMC;
   DECLARATION OF JAMES A. SCHARF; ~~PROPOSED~~ ORDER
   Medina v. Potter, Case No. C 10-4920 LHK
                                    -3-