UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLINA MEDINA,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE, (PACIFIC AREA AGENCY),<br><br>　　　　　　Defendant. | Case No.: 10-CV-04760-LHK<br><br>ORDER GRANTING EXTENSION OF DEADLINE TO OPPOSE DEFENDANT'S SUMMARY JUDGMENT MOTION |

On July 12, 2011, counsel for Defendant notified the Court that Plaintiff Carolina Medina had requested additional time to file her opposition to Defendant's pending motion for summary judgment, which is set for hearing on October 6, 2011. Pursuant to the parties' agreement, Plaintiff's deadline to file her opposition brief is hereby extended to July 28, 2011. Defendant's reply brief shall be due one week later, on August 4, 2011.

**IT IS SO ORDERED.**

Dated: July 15, 2011

_____
LUCY H. KOH
United States District Judge

1