1

2

3

4

5          UNITED STATES DISTRICT COURT

6          NORTHERN DISTRICT OF CALIFORNIA

7          SAN JOSE DIVISION

8   CAROLINA MEDINA,                        )   Case No.: 10-CV-004760-LHK
                                            )
9              Plaintiff,                   )   ORDER REQUESTING STATUS
         v.                                 )   UPDATE; SETTING FURTHER CASE
10                                          )   MANAGEMENT CONFERENCE
    PATRICK R. DONAHOE, UNITED STATES       )
11  POSTMASTER GENERAL,                     )
                                            )
12             Defendant.                   )
                                            )
13                                          )
                                            )
14                                          )
                                            )
15

16         On October 20, 2011, during the Court's hearing on Defendant's motion for summary

17  judgment, the parties represented that they were in final negotiations for a settlement.  By 5:00 p.m.

18  on October 27, 2011, the parties shall file a joint status report regarding the following: (1)

19  whether or not they have reached a settlement; (2) proposing a date by which they will file a

20  stipulation of dismissal, if they have settled; (3) if they have not settled, to what, if any, ADR process

21   (Court-sponsored mediation or Magistrate Judge Settlement Conference) the parties agree;

22  and (4) a deadline by which to complete the ADR process.  A further case management conference

23  is set for January 18, 2012, at 2:00 p.m.

24

25  **IT IS SO ORDERED.**

26  Dated: October 20, 2011                  _Lucy H. Koh_____
                                             LUCY H. KOH
27                                           United States District Judge

28

1

Case No.: 10-CV-04760-LHK
ORDER REQUESTING STATUS UPDATE; SETTING FURTHER CASE MANAGEMENT CONFERENCE

**United States District Court**
For the Northern District of California