UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLINA MEDINA,<br><br>            Plaintiff,<br>     v.<br><br>PATRICK R. DONAHOE, UNITED STATES POSTMASTER GENERAL,<br><br>            Defendant. | Case No.: 10-CV-004760-LHK<br><br>ORDER REQUESTING STATUS UPDATE; SETTING FURTHER CASE MANAGEMENT CONFERENCE |

On October 20, 2011, during the Court's hearing on Defendant's motion for summary judgment, the parties represented that they were in final negotiations for a settlement. By 5:00 p.m. on October 27, 2011, the parties shall file a joint status report regarding the following: (1) whether or not they have reached a settlement; (2) proposing a date by which they will file a stipulation of dismissal, if they have settled; (3) if they have not settled, to what, if any, ADR process (Court-sponsored mediation or Magistrate Judge Settlement Conference) the parties agree; and (4) a deadline by which to complete the ADR process. A further case management conference is set for January 18, 2012, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: October 20, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge