UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLINA MEDINA

        Plaintiff,

v.

PATRICK R. DONAHOE,
UNITED STATES POSTMASTER
GENERAL

        Defendant.
_____/

Case No. 10-CV-04760-LHK

**ORDER REFERRING D@5=BH: : TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING APPOINTMENT OF COUNSEL**

The __Plaintiff__ having requested and being in need of counsel to assist ~~him~~/her in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that __Plaintiff__ shall be referred to the Federal Pro Bono Project in the manner set forth below:

1. The clerk shall forward to the Volunteer Legal Services Program of the Bar Association of San Francisco ("BASF") or Pro Bono Project Silicon Valley ("PBPSV"), to be determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division, one (1) copy of the court file with a notice of referral of the case pursuant to the guidelines of the Federal Pro Bono Project for referral to a volunteer attorney.

2. Upon being notified by the BASF/PBPSV that an attorney has been located to represent the __Plaintiff__, that attorney shall be appointed as counsel for __Plaintiff__ in this matter until __the case is closed__.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent __Plaintiff__ in this action.

IT IS SO ORDERED.

Dated: November 9, 2011

*Lucy H. Koh*

Lucy H. Koh
United States District Judge