UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLINA MEDINA,

        Plaintiff,

v.

JOHN POTTER,

        Defendant.
_____/

Case No. 10-CV-04760-LHK

**ORDER APPOINTING COUNSEL**

Because the ___Plaintiff___ has requested and is in need of counsel to assist ~~him~~/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, ___Michael Kniffen and Craig Martin are___ hereby appointed as counsel for ___Plaintiff___ _____ in this matter.

IT IS SO ORDERED.

The parties nearly reached a settlement at the summary judgment hearing.  The Court requests that Plaintiff's counsel contact opposing counsel to explore settlement.

Dated:  December 15, 2011

*Lucy H. Koh*
United States District Judge