**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROLINA MEDINA,

               Plaintiff,

   v.

JOHN POTTER,

               Defendant.
_____/

Case No. 10-CV-04760-LHK

**AMENDED**
**ORDER APPOINTING COUNSEL**

Because the ___Plaintiff___ has requested and is in need of counsel to assist ~~him~~/her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, ___Michael Kniffen and Craig Martin are___ hereby appointed as counsel for ___Plaintiff___ _____ in this matter.

IT IS SO ORDERED.

The parties nearly reached a settlement at the summary judgment hearing. The Court requests that Plaintiff's counsel contact opposing counsel to explore settlement.

The scope of the representation is limited to preparing for and representing Plaintiff at the Magistrate Judge Settlement Conference and any settlement negotiations with opposing counsel.

Dated: December 22, 2011

_Lucy H. Koh_
Lucy H. Koh
United States District Judge