UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAROLINA MEDINA, ) | Case No.: 10-CV-004760-LHK |
| ) | |
| Plaintiff, ) | ORDER RE STIPULATION OF |
| v. ) | DISMISSAL |
| ) | |
| PATRICK R. DONAHOE, UNITED STATES ) | |
| POSTMASTER GENERAL, ) | |
| ) | |
| Defendant. ) | |
| ) | |

On February 24, 2012, Magistrate Judge Lloyd issued a Stipulation and Agreement of Compromise and Settlement and Order, whereby the parties agreed to settle and compromise fully any and all claims and issues that have been raised, or could have been raised, arising out of Plaintiff's employment with Defendant. ECF No. 60.  The case management conference set for March 7, 2012, is hereby continued to May 9, 2012, at 2:00 p.m.  By May 2, 2012, the parties shall file either a stipulation of dismissal with prejudice or a joint case management conference statement informing the Court when the parties intend to file a stipulation of dismissal with prejudice.

**IT IS SO ORDERED.**

Dated: February 24, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04760-LHK
ORDER RE STIPULATION OF DISMISSAL